1  **LINDA B. OLIVER (SBN 166720)**
   loliver@maynardcooper.com
2  **DYLAN D. RUDOLPH (SBN 278707)**
   drudolph@maynardcooper.com
3  MAYNARD, COOPER & GALE, LLP
   600 Montgomery Street, Suite 2600
4  San Francisco, CA 94111
   Telephone: (415) 704-7433
5  Facsimile:  (205) 254-1999

6  Attorneys for Defendant
   HARTFORD LIFE AND ACCIDENT INSURANCE
7  COMPANY

8  **CORINNE CHANDLER (SBN 111423)**
   cchandler@kantorlaw.net
9  **ANDREW M. KANTOR (SBN 303093)**
   akantor@kantorlaw.net
10 KANTOR & KANTOR, LLP
   19839 Nordhoff Street
11 Northridge, California 91324
   Telephone: (818) 886-2525
12 Facsimile:  (818) 350-6272

13 Attorneys for Plaintiff

14             **UNITED STATES DISTRICT COURT**

15             **EASTERN DISTRICT OF CALIFORNIA**

16 | KRISTIE ELLIS | ) Case No.: 1:15-cv-01655-DAD-BAM |

17 |           Plaintiff, | ) **STIPULATION TO PARTICIPATE IN SETTLEMENT CONFERENCE; ORDER** |

18 |    v. | ) |

19 | HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) **Date**: May 24, 2016
**Time**: 9:30 a.m.
**Judge**: Hon. Barbara McAuliffe
**Ctrm**: 8, 6th Floor |

20 |   | ) |

21 |           Defendant. | ) Action Filed: November 2, 2015 |

STIPULATION TO PARTICIPATE IN SETTLEMENT CONFERENCE

1

2    Pursuant to L.R. 270 and Fed. R. Civ. P. 16, Plaintiff Kristie Ellis ("Plaintiff") and

3    Defendant Hartford Life and Accident Insurance Company ("Hartford," collectively the

4    "Parties"), hereby jointly stipulate through their respective attorneys of record, that the

5    Parties agree to participate in a Settlement Conference to be held on **May 24, 2016 at**

6    **9:30 a.m.** in the above-referenced court.

7    Pursuant to L.R. 270(b), the Parties request that the Settlement Conference be held

8    before Judge Barbara McAuliffe, and waive any claim of disqualification of Judge

9    McAuliffe to act as Magistrate Judge in this action thereafter on the basis of Judge

10   McAuliffe's participation in the Settlement Conference.

11

12   DATED: April 20, 2016            MAYNARD, COOPER & GALE, LLP

13                                    /s/ Linda B. Oliver

14                                    LINDA B. OLIVER
                                      DYLAN D. RUDOLPH
15                                    Attorneys for Defendant
                                      Hartford Life and Accident Insurance
16                                    Company

17

18   DATED: April 20, 2016            KANTOR & KANTOR, LLP

19                                    /s/ Corinne Chandler

20                                    GLENN KANTOR
                                      CORINNE CHANDLER
                                      ANDREW KANTOR
21                                    Attorneys for Plaintiff
                                      Kristie Ellis

**ORDER**

Based on the stipulation of Plaintiff Kristie Ellis and Defendant Hartford Life and Accident Insurance Company, and for good cause shown, this Court hereby grants the Parties' Stipulation to Participate in Settlement Conference.

IT IS HEREBY ORDERED that the Settlement Conference to be held on **May 24, 2016 at 9:30 a.m.** in the above-referenced court before Judge Barbara McAuliffe in Courtroom 8.   A Confidential Settlement Conference Statement is **MANDATORY** from each party, and must be submitted to Judge McAuliffe's chambers, **at least seven (7) calendar  days prior to the Settlement Conference**.   Confidential Settlement Conference Statements are due e-mailed to bamorders@caed.uscourts.gov   . Confidential Settlement Conference Statements are NOT to be filed in the case.

IT IS SO ORDERED.

Dated:  **April 21, 2016**                              /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE