Glenn R. Kantor – SBN
 Email:  gkantor@kantorlaw.net
Corinne Chandler - SBN 11423
 Email:  cchandler@kantorlaw.net
Andrew M. Kantor- SBN
 Email: akantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California, 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272


Attorneys for Plaintiff,
Kristie Ellis

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIE ELLIS<br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br>　　　　　　　Defendant. | Case No.: 1:15-CV-01655-DAD-BAM<br><br>[~~PROPOSED~~] ORDER CONTINUING DISCOVERY CUT OFF DATE |

　　　Having reviewed the parties' Stipulation to Continue the Discovery Cutoff Date, IT IS HEREBY ORDERED as follows:

　　　Generally, settlement discussions are not good cause for modification of a Scheduling Order.  In this case, the parties indicate that any fruits of settlement negotiations will be known in two weeks.  While not good cause, the Court finds that in the interests of justice, the discovery cut off should be continued for 30 days.

　　　That the cutoff date for discovery will be continued an additional thirty (30) days from September 2, 2016 to October 3, 2016.  All other dates in the Scheduling Order remain unchanged.

IT IS SO ORDERED.

　　　Dated:   **August 2, 2016**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE