UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIE ELLIS,<br><br>                    Plaintiff,<br><br>          v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>                    Defendant. | No. 1:15-cv-01655-DAD-BAM<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 31) |

On November 29, 2016, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (Doc. No. 31.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **November 30, 2016**

_____
UNITED STATES DISTRICT JUDGE

1